# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Geri Gordon, | Case No. 08-CV-5105 (PAM/FLN) |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Toll Brothers Real Estate, Inc., Toll Bros., Inc., | |
| Defendants. | |

Based upon the Stipulation of the parties [ECF Docket #16], it is hereby ordered that this matter is dismissed with prejudice, with each of the parties to bear its own fees and costs.

Dated: August 21, 2009

BY THE COURT:

s/Paul A. Magnuson
The Honorable Paul A. Magnuson
District Court Judge